**Order entered July 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00167-CR

**MELVIN PIERRE JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80626-2014**

## ORDER

The Court **GRANTS** appellant's July 20, 2015 motion to substitute counsel.

We **ORDER** the Clerk of the Court to list Sanjay K. Minocha as appellate counsel.

We **ORDER** the Clerk of the Court to send a copy of this order to Melvin Pierre, Jr.,

TDCJ No. 1978514, Price Daniel Unit, 938 South FM 1673, Snyder, Texas, 79549.


/s/     LANA MYERS
         JUSTICE